# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM A. SOKOLOWSKI; AND
CURTIS W. ACTION, DERIVATIVELY
ON BEHALF OF LAS VEGAS SANDS
CORP.,

          Appellants,

vs.

IRWIN CHAFETZ; CHARLES D.
FORMAN; IRWIN A. SIEGEL;
PRICEWATERHOUSECOOPERS LLP;
FREDERICK HIPWELL; AND LAS
VEGAS SANDS CORP.,

          Respondents.

No. 72299

FILED

JUN 2 1 2017

## ORDER DISMISSING APPEAL

Certain parties to this appeal previously filed a stipulation to withdraw and dismiss this appeal. Because the stipulation was not signed by all respondents, the clerk of this court entered an order treating the stipulation as a motion to voluntarily dismiss this appeal and granting the motion. Counsel for respondent Las Vegas Sands Corp. has now filed a stipulation to dismiss the appeal that is signed by counsel for the remaining respondents. Counsel indicated to the clerk of this court in a telephone conversation that he wishes this appeal to be dismissed via stipulation rather than a motion. Cause appearing, we vacate the clerk's order entered on June 2, 2017, and hereby dismiss this appeal pursuant to

SUPREME COURT
OF
NEVADA

(O) 1947A

17-20679

the parties' stipulation. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____Cherry_____, C.J.

cc:     Hon. Nancy L. Allf, District Judge
        Ara H. Shirinian, Settlement Judge
        Albright Stoddard Warnick & Albright
        Wolf Haldenstein Adler Freeman & Herz
        Greenfield & Goodman, LLC
        DLA Piper LLP/San Diego
        Latham & Watkins LLP
        Santoro Whitmire
        DLA Piper LLP/Chicago
        Snell & Wilmer, LLP/Las Vegas
        Morris Law Group
        Eighth District Court Clerk